**Douglas and Carol STRAUB, H/W**

v.

**CHERNE INDUSTRIES
and Dealers Service**

Appeal of Cherne Industries.

**Douglas Straub and Carol Straub, H/W**

v.

**Cherne Industries and Dealers Service**

Appeal of Cherne Industries.

Supreme Court of Pennsylvania.

Argued Oct. 18, 2006.
Decided Nov. 3, 2006.

Daniel Lloyd Hessel, Esq., Gaele M. Barthold, Esq., Cozen O'Connor, Thomas F. Reilly, Esq., Swartz, Campbell, L.L.C., Philadelphia, for Cherne Industries.

Laura A. Feldman, Esq., Thomas Joseph Duffy, Esq., Michael A. Hamilton, Philadelphia, for Douglas and Carol Straub.

Joseph P. Connor, Esq., Connor, Weber & Oberlies, Paoli, for Dealers Service.

Frank P. Murphy, Esq., Murphy, Woodward & Haskins, Norristown, for amicus curiae Pennsylvania Trial Lawyers Association.

James Michael Beck, Esq., Dechert L.L.P., Philadelphia, for amicus curiae Product Liability Advisory Council, Inc.

BEFORE: CAPPY, C.J., and CASTILLE, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

***ORDER***

PER CURIAM.

Appeals dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.